## JOS. SCHLITZ BREWING CO. *v.* UNITED STATES ET AL.

No. 486.   Decided November 7, 1966.

*Leslie Hodson, Hammond E. Chaffetz, Joseph DuCoeur* and *Richard J. Archer* for appellant.

*Solicitor General Marshall* and *Assistant Attorney General Turner* for the United States, and *Burnham Enersen* and *Stephen Grant* for General Brewing Corp., appellees.

*Godfrey L. Munter, Jr.,* for Ray et al., as *amici curiae,* in support of appellant.

PER CURIAM.

The motion of Philip A. Ray et al., for leave to file a brief, as *amici curiae,* is granted.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE HARLAN is of the opinion that probable jurisdiction should be noted and would set the case for argument.